# KLEIN ZELMAN ROTHERMEL LLP
### ATTORNEYS AT LAW
### 485 MADISON AVENUE
### NEW YORK, NEW YORK 10022-5803
### TEL (212) 935-6020
### FAX (212) 753-8101

CHARLES CARANICAS
E-MAIL ADDRESS: CCARANICAS@KLEINZELMAN.COM

**MEMO ENDORSED**

January 19, 2012

**VIA MESSENGER**

The Honorable Frank Maas, U.S.M.J.
U.S. District Court, Southern District of New York
United States Courthouse
500 Pearl Street
Courtroom 20A
New York, New York 10007

JAN 2 0 2012

Re: **Kate Convery v. 142 West 49th St. Rest. Corp, et al.
Civil Action No. 11-CV-2100 (PKC) (FM)**

Dear Judge Maas:

We represent Defendants in the above-referenced action (the "Action"). Following a settlement conference before Your Honor on December 2, 2011, Plaintiffs and Defendants (the "Parties") settled the Action. At a telephone status conference on December 19, 2011, counsel for the Parties reported that the Action had been settled and, at the joint request of counsel, you agreed to review the Parties' settlement agreement ("Agreement") *in camera* in order to preserve the confidentiality of the terms of the Agreement. Accordingly, and pursuant to your Order dated December 19, 2011, enclosed herewith is the Agreement and form of Stipulation and Order of Dismissal ("Stipulation") for the Court's *in camera* review and approval. Once the Agreement has been approved by the Court, the Parties will execute the Agreement and Stipulation and return them to you for your execution and filing of the Stipulation. With the consent of all Parties, and pursuant to discussion with Your Honor at the December 19, 2011 status conference, if the Agreement is filed with the Stipulation, it is to be filed under seal.

Respectfully submitted,

KLEIN ZELMAN ROTHERMEL LLP

Charles Caranicas

Enclosure
cc: Matthew Kadushin, Esq. (via e-mail)
    D. Maimon Kirschenbaum, Esq. (via e-mail)

*[Handwritten endorsement:]* I have reviewed the document and approve, but respectfully decline to retain jurisdiction over the matter for a period of 30 days after the effective date of the agreement or the date the fully-executed Stipulation and Order is filed (i.e., to ensure that payment is made). Maas, USMJ, 1/23/12

{00110706;1}

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/12