UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/12
```

------------------------------------------------ X
KATE CONVERY on behalf of herself and all
others similarly situated,

    Plaintiff(s),

    -against-

142 WEST 49TH ST. REST. CORP., d/b/a
PASTA LOVERS TRATTORIA and JOHN
PAPPAS

    Defendants.
------------------------------------------------ X

Civil Action No. 11 CV 2100 (PKC) (FM)

**STIPULATION AND ORDER OF DISMISSAL**

  IT IS HEREBY STIPULATED AND AGREED, by and between the parties in the above captioned action, through the undersigned counsel, that this action be discontinued with prejudice, without costs, in accordance with Rule 41 of the Federal Rules of Civil Procedure.

  The Court hereby expressly approves the settlement agreement previously provided to the Court for its *in camera* review and finds it to be fair and reasonable under the circumstances.

Dated: New York, New York
    March 28, 2012

JOSEPH HERZFELD HESTER
& KIRSCHENBAUM LLP

By: _____
D. Maimon Kirschenbaum
233 Broadway—5th Floor
New York, New York 10279
(212) 688-5640
*Attorneys for Plaintiffs*

KLEIN ZELMAN ROTHERMEL LLP

By: _____
Jane B. Jacobs
485 Madison Avenue—15th Floor
New York, New York 10022
(212) 935-6020
*Attorneys for Defendants*

SO ORDERED:

_____
Hon. Frank Maas, U.S.M.J.  4/4/12

{00111623;1}